QUINN EMANUEL URQUHART & SULLIVAN, LLP
 Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

 Kari Wohlschlegel (Bar No. 294807)
  kariwohlschlegel@quinnemanuel.com
 Patrick T. Burns (Bar No. 300219)
  patrickburns@quinnemanuel.com
 Tina Lo (Bar No. 311184)
  tinalo@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Hyundai Motor Co.,
Hyundai Motor America, Inc., Kia Motors
Corp., and Kia Motors America, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INEZ ELLISTON, et al., individually and behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>HYUNDAI MOTOR COMPANY, HYUNDAI MOTOR AMERICA, KIA MOTORS CORPORATION, and KIA MOTORS AMERICA, INC.,<br><br>Defendants. | CASE NO. 8:19-CV-1069-JLS-JDE<br><br>**JOINT STIPULATION TO STAY ALL DEADLINES PENDING RESOLUTION OF CLASS SETTLEMENT APPROVAL PROCESS CURRENTLY UNDER REVIEW**<br><br>**[L.R. 83-1.4]**<br><br>The Hon. Josephine L. Staton<br><br>Trial Date: None Set |

| | |
|---|---|
| 1 | WHEREAS, plaintiffs Inez Elliston, Matthew Raasch, Lotoya Taylor, Tasha |
| 2 | Gil, Greg Cohen, Margaret Greenwalt, Dimitra Bertsos, Jerry Stanwick, Stephanie |
| 3 | Cooper, Chris Hazelwood, David Feurstein, Fabian Conant, Wayne Robertson, |
| 4 | Johnathan Wilson, Gary Bolduc, Tanesha Cherry, Latonya Franklin, Wensy Moore, |
| 5 | and Samantha Bitely filed the Complaint in this action on May 29, 2019. |
| 6 | WHEREAS, on October 21, 2019, plaintiffs filed an amended complaint |
| 7 | adding Noami Wilson, Jennifer Barber, Paige Moreno, Ariana Agenbroad, Ricky |
| 8 | Warren, Daniel Delifus, Victoria Covington, Allen Biggs, Karen Krupa, Kim Danks, |
| 9 | Kyle Swarts, and Cynthia Lewis as named plaintiffs. |
| 10 | WHEREAS, the parties in the related action, *In re: Hyundai and Kia Engine* |
| 11 | *Litigation*, Case No. 8:17-cv-00838-JLS-JDE (C.D. Cal.), reached a nationwide |
| 12 | class settlement and moved for preliminary approval on October 10, 2019, which |
| 13 | may encompass certain claims for certain plaintiffs in this action; |
| 14 | WHEREAS, on November 4, 2019, Defendants Hyundai Motor America, |
| 15 | Inc., Hyundai Motor Company, Kia Motors America, Inc., and Kia Motors |
| 16 | Company (collectively, "defendants") filed a Motion to Stay or Dismiss this Action, |
| 17 | requesting a stay pending preliminary approval of the proposed class settlement |
| 18 | reached in *In re Hyundai and Kia GDI* on (Dkt. 28); |
| 19 | WHEREAS, on December 23, 2019, plaintiffs in this action filed an |
| 20 | opposition to the Motion to Stay or Dismiss (Dkt. 32); |
| 21 | WHEREAS, on January 8, 2020, this Court issued a decision in the related |
| 22 | action *Musgrave et al. v. Hyundai Motor America, Inc. et al.*, Case No. 8:19-cv- |
| 23 | 01538-JLA-JDE granting defendants' request to stay the action pending the outcome |
| 24 | of the class settlement approval process in *In re: Hyundai and Kia Engine* |
| 25 | *Litigation*; |
| 26 | WHEREAS, the parties have met and conferred and hereby agree that a stay |
| 27 | of this action is warranted pending the outcome of the class settlement approval |
| 28 | process currently under review in *In re: Hyundai and Kia Engine Litigation*; |

1 WHEREAS, the parties request that the Court stay all pending deadlines in
2 this action—including the Case Management Conference scheduled for January 31,
3 2020—pending the outcome of the class settlement approval process currently under
4 review in *In re: Hyundai and Kia Engine Litigation*;

5 WHEREAS, the parties have conferred and have agreed that defendants will
6 withdraw their Motion to Stay or Dismiss without prejudice;

7 WHEREAS, the parties have conferred and have agreed that the parties will
8 provide a status update to the Court within 30 days of the court's order deciding the
9 outcome of the class settlement approval process currently under review ;

10 NOW THEREFORE, plaintiffs and defendants hereby agree and stipulate as
11 follows:

12 All pending deadlines in this action are stayed, including the Case
13 Management Conference scheduled for January 31, 2020, pending the outcome of
14 the class settlement approval process currently under review in *In re: Hyundai and*
15 *Kia Engine Litigation*;

16 Defendants withdraw their Motion to Stay or Dismiss without prejudice;

17 Upon resolution of the class settlement approval process currently under
18 review, the parties will provide a status update to the Court within 30 days.

19 IT IS SO STIPULATED.

20 DATED: January 16, 2020         QUINN EMANUEL URQUHART &
21                                 SULLIVAN, LLP

23                                 By    */s/ Shon Morgan*
24                                    Shon Morgan
25                                    *Attorneys for Hyundai Motor Co.,*
                                       *Hyundai Motor America, Inc., Kia Motors*
26                                    *Corp., and Kia Motors America, Inc.*

-3-   Case No. 19-cv-01069-JLS-JDE
JOINT STIPULATION TO STAY PENDING SETTLEMENT APPROVAL PROCESS CURRENTLY UNDER REVIEW

| | | |
|---|---|---|
| 1 | DATED:  January 16, 2020 | MCCUNE WRIGHT AREVALO, LLP |
| 2 | | |
| 3 | | |
| 4 | | By  */s/ Derek Y. Brandt* |
| 5 | | Derek Y. Brandt<br>*Attorneys for Plaintiffs* |

-4-  Case No. 19-cv-01069-JLS-JDE
JOINT STIPULATION TO STAY PENDING SETTLEMENT APPROVAL PROCESS CURRENTLY UNDER REVIEW