# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INEZ ELLISTON, et al., individually and behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>HYUNDAI MOTOR COMPANY, HYUNDAI MOTOR AMERICA, KIA MOTORS CORPORATION, and KIA MOTORS AMERICA, INC.,<br><br>Defendants. | CASE NO. 8:19-CV-1069-JLS-JDE<br><br>**JOINT STIPULATION AND ORDER TO STAY ALL DEADLINES PENDING RESOLUTION OF CLASS SETTLEMENT APPROVAL PROCESS CURRENTLY UNDER REVIEW**<br><br>**[L.R. 83-1.4]**<br><br>The Hon. Josephine L. Staton<br><br>Trial Date: None Set |

Plaintiffs in the above-captioned action and defendants Hyundai Motor America, Inc., Hyundai Motor Company, Kia Motors America, Inc., and Kia Motors Company have filed a Joint Stipulation To Stay All Deadlines Pending Resolution of Class Settlement Approval Process Currently Under Review. Having considered the parties' submission, the Court HEREBY ORDERS:

All pending deadlines in this action are stayed, including the Case Management Conference scheduled for January 31, 2020, pending the outcome of the class settlement approval process currently under review in *In re: Hyundai and Kia Engine Litigation*;

Defendants Motion to Stay or Dismiss is dismissed without prejudice (Doc. 28);

Upon resolution of the class settlement approval process currently under review, the parties will provide a status update to the Court within 30 days.

DATED: January 22, 2020

Hon. Josephine L. Staton
United States District Judge

<="">-2-</>