# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI WILSON and KYLE SWARTS,<br><br>Plaintiffs,<br><br>v.<br><br>KIA MOTORS CORPORATION, KIA MOTORS AMERICA, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 8:19-cv-01069-JLS-JDE<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal with prejudice of Plaintiffs' action with each party to bear its own attorneys' fees and costs.

**DATED: January 19, 2021**                    **Respectfully submitted,**

*/s/ Shon Morgan (with consent)*              */s/ Derek Y. Brandt*
Shon Morgan                                    Derek Brandt

*Attorneys for Defendants*                     *Attorneys for Plaintiffs*

## ECF ATTESTATION

I, Derek Brandt, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

*s/ Derek Y. Brandt*
Derek Y. Brandt